IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PENTAIR WATER POOL AND SPA, INC. and DANFOSS DRIVES A/S, <br><br> Plaintiffs, <br><br> v. <br><br> HAYWARD INDUSTRIES, INC. and HAYWARD POOL PRODUCTS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:11-CV-459-F |

## ORDER DESIGNATING CERTAIN ACCESS TO SEALED DOCUMENTS

This matter is before the Court on Plaintiffs' Motion to Designate Access to Sealed Documents ("Motion"). Pursuant to the Motion and for good cause shown, it is hereby ORDERED that the Clerk's Office shall grant access through the CM/ECF System to Docket Nos. 78-84 to the following persons only:

- Plaintiffs Pentair Water Pool and Spa, Inc. and Danfoss Drives A/S, through their counsel of record: John Bailie Scherling and Melanie Black Dubis (as well as any persons who receive CM/ECF notices for Mr. Schering or Ms. Dubis).

- Defendants Hayward Industries, Inc. and Hayward Pool Products, Inc., through their counsel of record: Lee Carl Bromberg, Scott S. Christie, and Robert T. Numbers, II (as well as any persons who receive CM/ECF notices for Mssrs. Bromberg, Christie, or Numbers).

Docket Nos. 78-84 shall remain sealed from access by any persons other than those designated in this Order and shall remain sealed from public view.

This the 6th day of January, 2012.

JAMES C. FOX
Senior U.S. District Judge