IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:11-CV-459-F

PENTAIR WATER POOL AND SPA, )
INC. and DANFOSS DRIVES A/S, )
)
Plaintiffs, )
)
v. ) ORDER
)
HAYWARD INDUSTRIES, INC. and )
HAYWARD POOL PRODUCTS, INC., )
)
Defendants. )
)
)
)

Before the Court is Plaintiffs' Motion to Seal Memorandum in Support of Fed. R. Civ. P. 54(b) Motion for Reconsideration of Tentative Ruling Denying Preliminary Injunction. For the reasons stated in the Motion, the Court finds good cause to grant Plaintiffs' Motion to Seal.

SO ORDERED, this 2 day of February, 2012.

_____
The Honorable James C. Fox
Senior United States District Judge