IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PENTAIR WATER POOL AND SPA, INC. and DANFOSS DRIVES A/S, <br><br> Plaintiffs, <br><br> v. <br><br> HAYWARD INDUSTRIES, INC. and HAYWARD POOL PRODUCTS, INC., <br><br> Defendants. | **ORDER** <br><br> Civil Action No.: 5:11-CV-459-F |

Before the Court is Plaintiffs' Motion to Seal Reply Memorandum in Support of Fed. R. Civ. P. 54(b) Motion for Reconsideration of Tentative Ruling Denying Preliminary Injunction. For the reasons stated in the Motion, the Court GRANTS Plaintiffs' Motion to Seal.

SO ORDERED, this 2d day of April, 2012.

_____
The Honorable James C. Fox
Senior United States District Judge