# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

PENTAIR WATER POOL AND SPA, )
INC. and DANFOSS DRIVES A/S, )
                                     )
       Plaintiffs, )
                                     )
                                   )              **ORDER**
v. )
                                   )      Civil Action No.: 5:11-CV-459-F
HAYWARD INDUSTRIES, INC. and )
HAYWARD POOL PRODUCTS, INC., )
                                   )
       Defendants. )
                                   )
                                   )

Before the Court is Plaintiffs' Motion to Seal Reply Memorandum in Support of Fed. R. Civ. P. 54(b) Motion for Reconsideration of Tentative Ruling Denying Preliminary Injunction. For the reasons stated in the Motion, the Court GRANTS Plaintiffs' Motion to Seal.

SO ORDERED, this 2d day of April, 2012.

                                   _James C. Fox_

The Honorable James C. Fox
Senior United States District Judge