IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:11-CV-459-F

| PENTAIR WATER POOL AND SPA, INC. and DANFOSS DRIVES A/S, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) ) | ORDER GRANTING PLAINTIFFS' MOTION TO PRECLUDE DISCLOSURE OF CONFIDENTIAL INFORMATION TO HAMID A. TOLIYAT |
| HAYWARD INDUSTRIES, INC. and HAYWARD POOL PRODUCTS, INC., | ) ) ) | |
| Defendants. | ) ) | |

Upon Plaintiffs' Motion to Preclude Disclosure of Confidential Information to Hamid A. Toliyat, and good cause appearing, IT HEREBY IS ORDERED that, within 10 days of the date of this Order, counsel for Defendants shall make reasonable inquiry and advise counsel to Plaintiffs in writing whether Professor Hamid A. Toliyathas relationships with, has worked for, or is contemplating future relationships or work for any pool, spa or motor manufacturer or their suppliers.

If the answers to the foregoing questions all are in the negative, Professor Toliyat shall be permitted access to information designated "Confidential" or "Attorneys' Eyes Only" per the terms of the Stipulated Order for the Protection of Confidential Information (DE-149).

If the answers to any of the foregoing questions are in the affirmative, Defendants' counsel shall advise counsel for Plaintiffs in writing of (i) the identity of the companies, (ii) the nature of Professor Toliyat's relationships with or work for the companies and (iii) the time period of such relationships, work or contemplated work. Plaintiffs' counsel then shall have 10

days from such written notice to make further objection pursuant to the Stipulated Protective Order.

**IT IS SO ORDERED.**

This 18 day of July 2012.

*James C. Fox*
United States District Court
James C. Fox,
Senior U.S. District Judge