IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PENTAIR WATER POOL AND SPA, INC. and DANFOSS DRIVES A/S, <br><br> Plaintiffs, <br><br> v. <br><br> HAYWARD INDUSTRIES, INC. and HAYWARD POOL PRODUCTS, INC., <br><br> Defendants. | **ORDER GRANTING MOTION TO SEAL PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO AMEND CASE SCHEDULE** <br><br> Civil Action No.: 5:11-CV-459-D |

Before the Court is Plaintiffs' Motion to Seal Plaintiffs' Opposition to Defendants' Motion to Amend Case Schedule. For the reasons stated in the Motion, the Court finds good cause to grant Plaintiffs' Motion to Seal.

SO ORDERED. This 10 day of November 2013.

JAMES C. DEVER III
Chief United States District Judge