IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PENTAIR WATER POOL AND SPA, )
INC. and DANFOSS DRIVES A/S, )
)
      Plaintiffs, )   **ORDER GRANTING MOTION TO SEAL**
)   **EXHIBIT TO DECLARATION OF**
v. )   **BRIAN K. SHELTON**
)
HAYWARD INDUSTRIES, INC. and )   Civil Action No.: 5:11-CV-459-D
HAYWARD POOL PRODUCTS, INC., )
)
      Defendants. )
)

Before the Court is Plaintiffs' Motion to Seal Exhibit 1 to the Declaration of Brian K. Shelton in Support of Plaintiffs' Opposition to Defendants' Motion for Leave to File Defendants' First Amended Answer, Affirmative Defenses and Counterclaims [DE-269]. For the reasons stated in the Motion, the Court finds good cause to grant Plaintiffs' Motion to Seal.

SO ORDERED, this 4 day of December [August struck through], 2013.

_____
U.S. District Court